# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ALBERTA GOODMAN

CIVIL ACTION

VERSUS

19-229-SDD-EWD

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY, ET AL.

## RULING

The Court has carefully considered the *Motion*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated October 21, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[4] is hereby GRANTED and this suit is hereby REMANDED to the 18th Judicial District Court, Iberville Parish, State of Louisiana.

Signed in Baton Rouge, Louisiana on <u>November 5, 2019</u>.

*/s/ Shelly Dick*
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 12.
[3] Rec. Doc. 15.
[4] Rec. Doc. 6.